[NOT FOR PUBLICATION–NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

No. 01-2098

JAMES MARCELLO; OLIVIA MARCELLO,

Plaintiffs, Appellants,

v.

STATE OF MAINE DEPARTMENT OF HUMAN SERVICES,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. George Z. Singal, U.S. District Judge]

Before

Boudin, Chief Judge,
Campbell, Senior Circuit Judge,
and Lipez, Circuit Judge.

James C. Marcello and Olivia A. Marcello on brief pro se.
G. Steven Rowe, Attorney General, and Andrew S. Hagler,
Assistant Attorney General, on brief for appellee.

**November 19, 2001**

**Per Curiam**.  We have reviewed the parties' briefs and the record on appeal.  We affirm essentially for the reasons stated in the magistrate judge's recommended decision, dated June 26, 2001, and affirmed by the district court on July 6, 2001.

Affirmed.